1
2
3
4

**Gustavo Delgado Rios, Pro Se**
**Luis Vela, Pro Se**
**425 East Street**
**Woodland, Ca. 95776**
**530-665-6161**
**Defendants**

5
6
7
8
9
10

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**
**Telephone:  (626) 799-9797**
**Facsimile:  (626) 799-9795**
**TPRLAW@att.net**
**Attorneys for Plaintiff**
**J&J Sports Productions, Inc.**

11
12
13

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(Sacramento Division)**

14
15
16
17
18
19
20
21

| | |
|---|---|
| **J&J Sports Productions, Inc.,**<br>**Plaintiff.**<br><br>**vs.**<br><br>**Gustavo Delgado Rios,**<br>**Luis Vela, et al.,**<br>**Defendants.** | **Case No. 2:16-CV-00895 –KJM-KJN**<br><br>**STIPULATION GRANTING THE**<br>**DEFENDANTS ADDITIONAL TIME TO**<br>**FILE AN ANSWER TO PLAINTIFF'S**<br>**COMPLAINT**<br><br>**For:  Hon. Kimberly J. Mueller** |

22
23
24
25
26
27
28

Plaintiff, J&J Sports Productions, Inc., ("Plaintiff") and Gustavo Delgado Rios and

Luis Vela, (Defendants), agree as follows:

WHEREAS Plaintiff filed the Complaint in the US District Court, Eastern District

of California against Defendants on April 29, 2016;

WHEREAS Plaintiff submits that Defendants were served on July 13, 2016;

1
STIPULATION GRANTING THE DEFENDANTS ADDITIONAL TIME TO FILE ANSWER,
ORDER THEREON

WHEREAS Defendants have not yet responded to the complaint;

IT IS THEREFORE STIPULATED pending a further order of the Court that the Defendants Gustavo Delgado Rios and Luis Vela be granted additional time to file an answer to the complaint.  The Answer to be filed no later than August 30, 2016.

Respectfully Submitted,

DATED:_____          LAW OFFICES OF THOMAS P. RILEY, P.C.

*/s/ Thomas P. Riley*_____ _____
THOMAS P. RILEY, ESQ.
Counsel for Plaintiff J&J SPORTS PRODUCTIONS,

DATED:_____          _*/s/ Gustavo Delgado Rios*_____
GUSTAVO DELGADO RIOS


DATED:_____          */s/ Luis Vela*_____
LUIS VELA


## ORDER

Good cause having been shown and the parties have stipulated to the same the court finds that the above stated stipulation is sanctioned by the court and shall be, and now is the order of the court.  The defendants to file an Answer to the complaint no later than August 30, 2016.

**IT IS SO ORDERED:**

DATED:  August 1, 2016

_____
UNITED STATES DISTRICT JUDGE

STIPULATION GRANTING THE DEFENDANTS ADDITIONAL TIME TO FILE ANSWER,
ORDER THEREON