Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 216-cv-00895-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| Gustavo Delgado Rios, et al., | |
| Defendants. | |

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:16-cv-00895-KJM-KJN styled *J & J Sports Productions, Inc. v. Rios, et al.,* is hereby continued from 2:30 PM, September 1, 2016 to October 13, 2016.  A joint status report shall be filed on or before October 6, 2016.

IT IS SO ORDERED:

DATED:  August 25, 2016

_____
UNITED STATES DISTRICT JUDGE